JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAO XIAO ZHOU,<br><br>    Plaintiff,<br><br>v.<br><br>CHANGPENG ZHAO et al.,<br><br>    Defendants. | Case No. 2:24-cv-09278-SB-SP<br><br>ORDER OF DISMISSAL |

    Plaintiff, a self-represented litigant, filed this action in the Western District of Washington, seeking to proceed in forma pauperis. Dkt. Nos. 1, 11. After the case was transferred to this district, the Court screened the complaint under 28 U.S.C. § 1915(e)(2) and found that it failed to state a claim. Dkt. No. 13. The Court dismissed the complaint with leave to amend and required that Plaintiff file an amended complaint by December 20, 2024, warning that failure to timely file "will be deemed an election to stand on the original complaint and will result in dismissal of all claims without leave to amend." *Id*. That date has passed, and Plaintiff has not filed an amended complaint. Accordingly, this action is dismissed.

Date: January 7, 2025

                                                        Stanley Blumenfeld, Jr.
                                                    United States District Judge